UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY YOUNGBEY, *et al.*, ) <br> ) <br>    *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br>    *Defendants*. ) <br> ) | Case No.: 1:09-00596-JSG |

### NOTICE OF SETTLEMENT

**TO THE COURT:**

In accordance with Local Rule 47-1, the parties hereby submit this Notice of Settlement to notify the Court that the parties have reached agreement today to settle this action. Plaintiffs agree to file the dismissal expeditiously and consistent with any direction from the Court.

Dated:  November 29, 2012            By:  /s/ *Michael B. DeSanctis*
                                    Michael B. DeSanctis (DC Bar No.460961)
                                    Melissa A. Cox (DC Bar No. 984680)
                                    Maya D. Song (DC Bar No. 989379)
                                    J. Douglas Wilson (DC Bar No. 991055)
                                    JENNER & BLOCK LLP
                                    1099 New York Avenue, NW, Suite 900
                                    Washington, DC  20001
                                    (v)  202-639-6000
                                    (f)  202-639-6066

                                    *Counsel for Plaintiffs*


                                    /s/Jonathan H. Pittman
                                    JONATHAN H. PITTMAN [430388]

                                    Chief, Civil Litigation Division, Section III
                                    Telephone: (202) 724-6602
                                    jonathan.pittman@dc.gov