UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY YOUNGBEY, *et al.*,      ) | |
|       ) | |
|    *Plaintiffs*,      ) | |
|       ) | |
|    v.      ) | Case No.: 1:09-00596-JSG |
|       ) | |
| DISTRICT OF COLUMBIA, *et al.*,      ) | |
|       ) | |
|    *Defendants*.      ) | |
|       ) | |

## CONSENT MOTION TO STAY TRIAL PROCEEDINGS

Plaintiffs Jerry YoungBey and Rubin Butler hereby move for a stay of the trial currently scheduled to begin December 3, 2012.  Yesterday the parties notified the Court that they have agreed to settle this action.  *See* Docket No. 174 (Notice of Settlement).  The parties are currently finalizing settlement papers and circulating them for signatures, with the anticipation that settlement will be finalized in the next few days.  Once the settlement agreement is finalized, the parties will promptly file a stipulation of dismissal of this action in accordance with Federal Rule of Civil Procedure 41(a)(1).  To allow sufficient time for the parties to finalize their settlement agreement, including collecting signatures of the parties, Plaintiffs request that the Court enter a stay of the trial currently scheduled to begin on December 3, 2012.  Plaintiffs have consulted with Defendants and Defendants consent to this motion.

Dated: November 30, 2012                    */s/ Michael B. DeSanctis*
                                                Michael B. DeSanctis (DC Bar No.460961)
                                                Melissa A. Cox (DC Bar No. 984680)
                                                Maya D. Song (DC Bar No. 989379)
                                                J. Douglas Wilson (DC Bar No. 991055)
                                                JENNER & BLOCK LLP

2

1099 New York Avenue, NW, Suite 900  
Washington, DC  20001  
(v)  202-639-6000  
(f)  202-639-6066  
mdesanctis@jenner.com  
melissacox@jenner.com  
msong@jenner.com  
jdwilson@jenner.com

**CERTIFICATE OF SERVICE**

This certifies that I caused a true and correct copy of the foregoing Consent Motion To Stay Trial Proceedings to be served upon Defendant District of Columbia through undersigned counsel on November 30, 2012 via e-mail to:

Jonathan H. Pittman
Office of the Attorney General
441 4th Street, NW, Suite 870 North
Washington, DC 20001
Jonathan.Pittman@dc.gov

Alex Karpinski
Office of the Attorney General
441 Fourth Street, NW, 870 North
Washington, DC 20001
Alex.Karpinski@dc.gov

Todd C. Smith
Office of the Attorney General
441 Fourth Street, NW, 870 North
Washington, DC 20001
Todd.smith2@dc.gov

/s/ Maya D. Song
Maya D. Song (DC Bar No. 989379)